```
_____ FILED       _____ ENTERED
_____ LOGGED      _____ RECEIVED

         JAN 2 2 2018
            AT BALTIMORE
       CLERK, U.S. DISTRICT COURT
          DISTRICT OF MARYLAND
BY _____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL NO. MJG-17-3649 |
| ) | |
| SUSAN K. PATRICK, MANAGING ) | |
| MEMBER, PATRICK COMMUNICATIONS, ) | |
| LLC, ) | |
| ) | |
| Respondent. ) | |

## RESPONSE TO
## ORDER TO COMPLY WITH SUMMONS OR SHOW CAUSE

COMES NOW Susan K. Patrick, Managing Member of Patrick Communications, LLC, and respectfully submits her Response in Compliance with the Order to Comply with Summons or Show Cause.

1. Respondent contests many of the factual assertions in the Petition to Enforce Internal Revenue Service Summons and the affidavit Revenue Agent Jean A. Lane filed in this matter, but hereby complies with the Court Order.

2. Attached hereto is Respondent's statement with respect to the Revenue Service Summons.

   a. Respondent has provided a copy of this statement by email to the Assistant Attorney General handling this matter, Ari Kunofsky, at Ari.D.Kunofsky@usdoj.gov.

      b.      Respondent has also spoken with Revenue Agent Lane concerning the matters in the Summons and have further agreed to speak again the week of January 22, 2018 after Petition has had time to review my statement.

3.      Respondent believes that she has thus fully complied with this Court's Order of December 12, 2017.

**WHEREFORE**, Respondent Susan K. Patrick, managing member of Patrick Communications, LLC respectfully requests no further action be taken on the pending Petition and such other relief as the Court deems appropriate under the circumstances.

Dated this 17th day of January, 2018.

_Susan K. Patrick_
Susan K. Patrick, Managing Member
Patrick Communications, LLC
6805 Douglas Legum Dr Ste 100
Elkridge, MD 21075-6805

## CERTIFICATE OF SERVICE

I, Susan K Patrick, certify that on this 17th day of January, 2018, the foregoing was served by United States Postal Service, postage paid and addressed to:

> Ari D. Kunofsky
> Trial Attorney, Tax Division
> U.S. Department of Justice
> P.O. Box 227
> Washington, DC 20044
> Ari.D.Kunofsky@usdoj.gov
> Attorney for Petitioner

_Susan K. Patrick_
Susan K. Patrick