# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 17-cv-3649 |
| | ) |
| SUSAN K. PATRICK, | ) |
| | ) |
| Respondent. | ) |

## JOINT STATUS REPORT

Petitioner, the United States of America, and Respondent, Susan K. Patrick, provide the following report:

1. On February 2, 2018, the Court ordered the parties to file a status report in this summons enforcement case. (Dkt. no. 9.)

2. The IRS interviewed the Respondent on March 28, 2018.

//
//
//

3. Future judicial relief is not necessary at this time, and this case may be closed.

Date: April 2, 2018,

        STEPHEN SCHENNING
        Acting United States Attorney

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General
        Tax Division

        /s/ *Ari Kunofsky*
        ARI D. KUNOFSKY
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 227
        Washington, D.C.  20044
        Telephone:  (202) 307-6528
        Facsimile: (202) 514-6866
        Email: Ari.D.Kunofsky@usdoj.gov
        *Attorney for the United States of America*

        */s/ Harriet E. Cooperman*
        Harriet E. Cooperman
        SAUL EWING ARNSTEIN & LEHR LLP
        500 East Pratt Street, Suite 800
        Baltimore, Maryland 21202
        Tel: (410) 332-8974
        Fax: (410) 332-8973
        Email: hcooperman@saul.com
        *Attorneys for Respondent, Susan K. Patrick*